UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DENNIS TRUJILLO,

    Plaintiff,

v.  Civ. No. 17-619 GJF

NANCY A. BERRYHILL,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.

### ORDER GRANTING DEFENDANT'S OPPOSED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

THIS MATTER comes before the Court on Defendant Social Security Administration's ("the SSA's") Opposed Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Motion") [ECF No. 16], filed December 13, 2017. Plaintiff Dennis Trujillo filed his Response on December 19, 2017. ECF No. 18. The SSA filed its Reply on December 21, 2017. ECF No. 19. The Court held a telephonic hearing on the Motion on January 29, 2018.

For the reasons stated during the hearing, the Court hereby **GRANTS** the Motion, **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

    **IT IS SO ORDERED.**

    _____
    THE HONORABLE GREGORY J. FOURATT
    UNITED STATES MAGISTRATE JUDGE
    *Presiding by Consent*